UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: BRUCE ANTHONEY OWENS, | { | CHAPTER 13 |
| | { | |
| | { | |
| DEBTOR | { | CASE NO. R24-40924-BEM |
| | { | |
| | { | JUDGE ELLIS-MONRO |

**OBJECTION TO CONFIRMATION**

    COMES NOW K. EDWARD SAFIR, CHAPTER 13 TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

    1.  The Debtor's payments under the proposed plan are not current.

    2.  The Chapter 13 Plan fails to provide for the correct applicable commitment period, in violation of 11 U.S.C. Section 1325(b)(1)(B) and 1325(b)(4).

    3.  The proposed plan provides for set monthly payments to 1st Franklin Financial Corporation.  However, said creditor has filed an unsecured claim and these funds should be reallocated.

    4.  The payout of the claims owed to Bautista Loans and Mariner Finance will extend beyond sixty (60) months, contrary to 11 U.S.C. § 1322(d).

    5.  The Debtor's Schedule I fails to accurately reflect a 401k loan in the amount of $48.00 per week; thereby, preventing the Chapter 13 Trustee from determining the feasibility of the proposed plan, in violation of 11 U.S.C. Section 11 U.S.C. Section 1325 (a)(6).

    6.  The Chapter 13 plan fails to provide for an increase in payments when 401k loan of $48.00 per week end, thereby indicating a lack of good faith.  11 U.S.C. Section 1325(a)(3).

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com

      WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

```
                        _____/s/_____
                        Albert C. Guthrie, Attorney
                        for Chapter 13 Trustee
                        GA Bar No. 142399
```

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com

R24-40924-BEM

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day I electronically filed the foregoing pleading using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES, LLC

    I further certify that on this day I caused a copy of this document to be served via first-class United States mail, postage prepaid, on the following parties at the address shown for each:

BRUCE ANTHONEY OWENS
4839 MITCHELL BRIDGE RD NE
DALTON, GA 30721

This 6th day of August, 2024

Respectfully submitted,

          /s/
Albert C. Guthrie, Attorney
for Chapter 13 Trustee
State Bar No. 142399


K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com